Opinion filed February 15, 2007















 
 
  
 
 







 
 
  
 
 




Opinion filed February 15, 2007

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00261-CV

                                                    __________

 

                              IN THE INTEREST OF B.E.R., A CHILD

 



 

                                        On
Appeal from the County Court at Law

 

                                                         Midland
 County, Texas

 

                                                Trial Court Cause No. FM-40,860

 



 

                                              M
E M O R A N D U M   O P I N I O N

Jeffrey
Todd Robnett has filed in this court a motion to
dismiss his appeal.  In his motion, Robnett states that the case has been settled.  The motion is granted.

The
appeal is dismissed.

 

PER
CURIAM

 

February 15, 2007

Panel
consists of:  Wright, C.J.,

McCall, J., and Strange, J.